IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISON

| | | |
|---|---|---|
| SUE WEATHERLY | : | Civil Action No. |
| Plaintiff, | : | |
| vs. | : | |
| PARAGON WAY, INC., | : | |
| Defendant. | : | |

## COMPLAINT

Plaintiff Sue Weatherly, by her attorney Ray Johnson, for her claims against the

Defendant states:

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's

violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter

"FDCPA") and Iowa Unlawful Debt Collection Practices Act, Iowa Code § 537.7103, et seq.

(herinafter, "State Act"), which prohibits debt collectors from engaging in abusive, deceptive,

and unfair practices.

## II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §

1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

Declaratory relief is available pursuant to 28 U.S.C. § § 2201 and 2202.  Venue in this District is

proper in that the Defendant transacts business here and the conduct complained of occurred

here.

## III. PARTIES

3.  Plaintiff, Sue Weatherly, is a natural person now residing in Des Moines, Iowa.

4.  Defendant, Paragon Way, INC. (hereinafter "Paragon Way ") is a law firm engaged in the business of collecting debts in the state of Iowa.

5.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

6.  Paragon Way is attempting to collect an alleged debt from Sue Weatherly for the amount of $502.12.  This debt was settled in litigation and is no longer owed.

7.  Paragon Way was sent a letter demanding that all communications with Ms. Weatherly cease immediately.  Since receiving the letter, Ms. Weatherly has been contacted on several occasions both over the phone and in writing.

## V. FIRST CLAIM FOR RELIEF

9.  All facts and allegations of this Complaint are incorporated herein by reference.

10. Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

> a.  Paragon Way violated 15 U.S.C. § 1692(e)(2) by making a false representation regarding the character, amount, or legal status of the debt.

> b.  Defendant violated 15 U.S.C. § 1692c(a)(2) by contacting the Plaintiff when it was known, or should have been known, that she was being represented by an attorney.

11. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiff actual damages, statutory damages, and costs and attorney's fees.

## VI. SECOND CLAIM OF RELIEF

12. All facts and allegations of this Complaint are incorporated herein by reference.

13. For purposes of Ms. Weatherly's alleged obligation, Paragon Way was collecting for a "creditor" as defined in Iowa Code § 537.7102(2).

14. Ms. Weatherly's alleged obligations were "debts" as defined by Iowa Code § 537.7102(3).

15. With regard to attempts to collect from Ms. Weatherly as alleged herein, Paragon Way was a "debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

16. Defendant violated the State Act. The foregoing acts, omissions and practices of Paragon Way were violations of Iowa Code § 537.7103, including but not limited to:

    a. Taking an action prohibited by Iowa Code Chapter 537 or other law in violation of Iowa Code § 537.7103(1)(f).

    b. Making a representation which tends to create a false impression of the character, extent or amount of a debt in violation of Iowa Code § 537.7103(4)(e).

    c. Defendant violated Iowa Code § 537.7103(5)(e) by contacting the plaintiff when it was known, or should have been known, that she was being represented by an attorney.

17. As a proximate result of the unfair debt collection, Ms. Weatherly has suffered actual damages and injury for which he should be compensated in an amount to be proven at trial.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against the Defendant for the following:

A. Actual damages;

B.  Statutory damages pursuant to 15 U.S.C. § 1692k.

C.  Statutory damages pursuant to Iowa Code § 537.5201(1).

D.  Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and

Iowa Code § 537.5201(8).

E.  For such other relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

_____
RAY JOHNSON
PK2868344
Johnson Law Firm
950 Office Park Rd.
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax:  (515) 222-2656
Johnsonlaw29@aol.com