IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| SUE WEATHERLY,<br>    Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:07-cv-206 |
| PARAGON WAY, INC.,<br>    Defendant | § § § | |

## STIPULATION TO DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Sue Weatherly, Plaintiff, hereby dismisses the above-entitled and numbered action with prejudice.

Respectfully submitted,

Ray Johnson
PK2868344
Johnson Law Firm
950 Office Park Rd., Suite335
West Des Moines, IA50265
(515) 224-7090
Fax: (515) 222-2656
johnsonlaw29@aol.com

ATTORNEY FOR PLAINTIFF

5